403-07/WLJ/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
OCEANWIDE SERVICES GMBH
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
William L. Juska, Jr. (WJ 0772)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OCEANWIDE SERVICES GMBH,

           Plaintiff,

  -against-

CHINABRAZ COMÉRCIO IMPORTAÇÃO
E EXPORTAÇÃO, LTDA.,

           Defendant.
------------------------------------------------------------x

07 CIV.        (        )

**RULE 7.1 STATEMENT**

OCEANWIDE SERVICES GMBH, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
      August 16, 2007

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff
                      OCEANWIDE SERVICES GMBH

      By: _____
            William L. Juska, Jr (WJ 0772)
            Manuel A. Molina (MM 1017)

NYDOCS1/288682.1